**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00100-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

RAMOND L. FISHER,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On January 14, 2016, Plaintiff Ramond L. Fisher submitted a Letter, ECF No. 1, to the Court stating that he is concerned about his safety at the San Carlos Correctional Facility.   To the extent that Plaintiff intends to proceed with an action in this Court at this time regarding the conditions of his confinement the instant action has been opened.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

1

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X      is not submitted
(2)  ___    is missing affidavit
(3)  X      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  ___    is missing certificate showing current balance in prison account
(5)  ___    is missing required financial information
(6)  X      is missing authorization to calculate and disburse filing fee payments
(7)  ___    is missing an original signature by the prisoner
(8)  ___    is not on proper form
(9)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(10) X      other: Rather than proceed pursuant to 28 U.S.C. § 1915, Plaintiff may pay the $400 filing fee in full,

**Complaint, Petition or Application**:
(11) X      is not submitted
(12) ___    is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ____
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    names in caption do not match names in text
(17) ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___    other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (revised 10/1/12) (with the assistance of his case manager or the facility's

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

Plaintiff must use the Court-approved forms when curing the deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 15, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge